IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01077-WYD-BNB

MARIO SANCHEZ,

       Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

       Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: June 3, 2013.

       Respectfully submitted,

       _s/ David M. Larson_____
       David M. Larson, Esq.
       88 Inverness Circle East, Suite I-101
       Englewood, CO 80112
       (303) 799-6895
       Attorney for the Plaintiff