IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01077-WYD-BNB

MARIO SANCHEZ,

      Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

      THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, it is hereby

      ORDERED that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

      Dated:  June 4, 2013.

                                     BY THE COURT:


                                     /s/ Wiley Y. Daniel
                                     WILEY Y. DANIEL,
                                     SENIOR UNITED STATES DISTRICT JUDGE